# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Mitchell David Holbach, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE SEALING** |
| | ) | **DOCUMENTS** |
| vs. | ) | |
| | ) | |
| Wayne Stenejhem, Attorney General, | ) | Case No.  1:12-cv-170 |
| State of North Dakota, | ) | |
| | ) | |
| Defendant. | ) | |

On December 27, 2012, the court received a motion for leave to proceed *in forma pauperis* and a proposed complaint from plaintiff Mitchell David Holbach.  (Docket Nos. 1-2).  Plaintiff submitted several exhibits with the proposed complaint.  (Docket Nos. 2-1 to 2-14).  Upon reviewing the documents submitted by plaintiff, the court has observed that some of the exhibits include private identifying information, including the full names of minors and the birth dates and social security numbers of individuals other than plaintiff.

The court has the discretionary authority to order the sealing of its own records.  <u>Webster Groves Sch. Dist. v. Pulitzer Pub. Co.</u>, 898 F.2d 1371, 1376 (8th Cir. 1990); <u>see</u> Fed.R.Civ.P. 5.2(d) ("The court may order that a filing be made under seal without redaction.").  The court finds good cause to protect the private information in the documents filed by plaintiff, and therefore **ORDERS** that the clerk shall seal Docket Nos. 2-1, 2-2, and 2-6.

Dated this 14th day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge